IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| A.V.R., *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>Multisystems Restaurants, Inc.,<br><br>**Defendant.** | CIVIL NO. 16-2622 (JAG) |

## JUDGMENT

Pursuant to the parties' joint Stipulation of Dismissal with Prejudice, Docket No. 22, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiffs' case. The Court shall retain jurisdiction over the Confidential Settlement Agreement and Release for the purposes of enforcing the same. This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25th day of August, 2017.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge